UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| **SARAH WILSON, Individually,** | : |
| Plaintiff, | : |
| v. | : Case No. 6:18-cv-1247 |
| **MONG LAN NGUYEN, Individually** | : |
| and | : |
| **SUPER LAUNDRY LLC**<br>A Limited Liability Company<br>Defendant. | : |

_____

## STIPULATION OF DISMISSAL

Plaintiff Sarah Wilson and Defendant Super Laundry LLC. and Defendant Mong Lan Nguyen, submit this joint stipulation of dismissal pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. This matter has been settled and therefore all claims pending or threatened in this matter are hereby dismissed WITH PREJUDICE.

Respectfully submitted this 7th day of December 2018.

/s/ Pete M. Monismith                /s/ Shannon L. Bell

| | |
|---|---|
| Pete M. Monismith, Esq.<br>Pete M. Monismith, P.C.<br>3945 Forbes Ave., #175<br>Pittsburgh, PA 15213<br>ph. (724) 610-1881<br>pete@monismithlaw.com<br>**Attorney for Plaintiff** | **Shannon L. Bell**<br>Bell Law Office, LLC<br>727 N. Waco Ave., Ste. 565<br>Wichita, KS 67203<br>(316) 265-6600<br>bell-legal.com<br>Attorney for Defendant |